USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUIS VUITTON MALLETIER, S.A. and CÉLINE, S.A.,

                Plaintiffs,

- against -

RED LEGEND GROUP CORP., STYLE GENERATION CORP., QIAN KANG TCHING a/k/a FRED CHEN, XYZ COMPANIES 1-10, and JOHN DOES 1-10,

                Defendants.

**ORDER**

16 Civ. 8305 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the above-captioned case is to be unsealed.

Dated: New York, New York
       November 3, 2016

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge