UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

LOUIS VUITTON MALLETIER, S.A. and : Civil Action No. 1:16 Civ. 8305 (PGG)
CÉLINE, S.A., :
:
                Plaintiffs, :
:
         - against - :
:
RED LEGEND GROUP CORP., STYLE :
GENERATION CORP., QIAN KANG TCHING :
a/k/a FRED CHEN, XYZ COMPANIES 1-10, and :
JOHN AND JANE DOES 1-10, :
:
                Defendants. :
:
------------------------------------------------------------------ x

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

**X**    I have cases pending        ❑    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Louis S. Ederer
FILL IN ATTORNEY NAME

I am,

    **X**    An attorney
    ❑    A Government Agency attorney
    ❑    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

| | | |
|---|---|---|
| OLD FIRM: | FIRM NAME: | ARNOLD & PORTER LLP |
| | FIRM ADDRESS: | 399 Park Avenue, New York, NY 10022-4690 |
| | FIRM TELEPHONE NUMBER: | (212) 715-1000 |
| | FIRM FAX NUMBER: | (212) 175-1399 |
| | | |
| NEW FIRM: | FIRM NAME: | ARNOLD & PORTER KAYE SCHOLER LLP |
| | FIRM ADDRESS: | 250 West 55th Street, New York, NY 10019-9710 |
| | FIRM TELEPHONE NUMBER: | (212) 836-8000 |
| | FIRM FAX NUMBER: | (212) 836-8689 |

    **X**    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ❑    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
          was entered on _____ by Judge _____.

Dated: January 24, 2017                    /s/ *Louis S. Ederer*
                                                    Louis S. Ederer
                                                    Louis.Ederer@apks.com
                                                    ARNOLD & PORTER KAYE SCHOLER LLP